sufficient to defeat plaintiff's claim for temporary support. Moreover, since defendant's opposing papers charge plaintiff with misconduct, she is entitled to counsel fee to defend herself against such charges. The order, as so modified, is otherwise affirmed. Concur — Rabin, J. P., M. M. Frank and McNally, JJ.; Valente and Stevens, JJ., dissent in part in a memorandum by Stevens, J., as follows: I dissent in part. The conflicting charges and recriminations warranted a denial of temporary alimony, particularly since Special Term granted the parties the privilege of an immediate trial. However, the wife's right to any temporary alimony should have been reserved for the trial court to be decided in the light of the facts developed on the trial. I agree with the majority of the court that the circumstances called for an award of a counsel fee. I would therefore modify the order only to the extent of allowing the counsel fee and reserving the question of temporary alimony for the trial court, and otherwise affirm. Settle order.

■ ANN J. KEELEY, Respondent, v. SAUL BLAU, Appellant.— Order unanimously reversed on the facts and in the exercise of discretion, with $20 costs and disbursements of this appeal to the respondent, and defendant's motion for leave to serve an amended answer to allege a defense of the two-year Statute of Limitations is granted on condition defendant pay $50 costs and the costs and disbursements of this appeal and that the cause retain its place on the calendar. Under the circumstances here disclosed leave to amend should have been granted upon appropriate conditions. Settle order. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN McKNIGHT, Appellant.— Order unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of MAYFAIR-YORK CORP., Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent, and GEORGE W. BOLLING et al., Intervenors-Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM HEARD, Appellant.— Order unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ DANIEL J. ANSELMI et al., Respondents, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.— Judgment unanimously reversed on the ground of excessiveness, and a new trial ordered, without costs. In view of the fact that the case will be retried, defendant will not be limited upon the new trial to theories upon which the action was tried originally. Should defendant be so advised it may apply for leave to amend its pleadings. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ WALTER MAGUIRE COMPANY, INC., Respondent, v. CORTLAND STONE CORP., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ SARAH LIPOW, Respondent, v. WYTHE SUPER MARKET, INC., Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ BERTHOLD STERN, Respondent, v. ROCKLAND COACH, INC., Appellant. — Order unanimously affirmed, with costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.